IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-sw-05305-KLM

In the Matter of the Search of
a single family residence located at
2331 Pontiac Street, Denver, Colorado

**ORDER TO PERMIT A NINETY DAY EXTENSION
OF TIME WITHIN WHICH NOTICE OF THE EXECUTION OF
SEARCH AND SEIZURE WARRANT MAY BE DELAYED**

THE COURT has reviewed the government's *ex parte* motion for a ninety (90) day extension of time within which notice of the execution of the Search and Seizure Warrant at 2331 Pontiac Street, Denver, Colorado (Search Warrant) may be delayed.

The Court takes judicial notice of the contents of its own file in relation to the government's motion.

The Search Warrant was issued by the Court on July 7, 2011. The Court made findings pursuant to Title 18 U.S.C. Section 2705 and authorized a delay of notification of the execution of the Search Warrant for 30 days pursuant to Fed.R.Crim.P. 41(f)(3) and Title 18 U.S.C. Section 3103a.

The Court is advised that the Search Warrant was executed on July 14, 2011, by federal officers with the assistance of uniformed officers of the Denver Police Department. The Court is advised the resident of the home (Corey Lamont RILEY) was present and presumably understands that the residence was searched by law enforcement, but has not been informed that the residence was searched as a part of a federal investigation or pursuant to a federal warrant.

1

The government states that execution of the Search Warrant was in furtherance of an ongoing investigation into an organization including Corey RILEY, and further advises that the investigation is currently using a number Confidential Informants to pursue the goals of the investigation.

On August 8, 2011, the Court authorized a 90 day extension of the notification of search warrant. That Order expires on November 3, 2011.

The government advises that, should Corey RILEY or other members of the organization be alerted to a federal investigation, evidence likely would be concealed or destroyed, members of the organization would be likely to engage in a determined search for leaks or Confidential Informants, that the Confidential Informants might be placed in danger, and that the law enforcement goals of the investigation would be jeopardized.

The government asserts that drugs, money and weapons were recovered when the Search Warrant was executed on July 14, 2011, and confirm that Corey RILEY is involved in criminal activity. The government states that the investigation into Corey RILEY and the target organization is continuing – that the investigators continue to pursue the sources of supply of illegal controlled substances being distributed, the full scope of the organization and the identities of those participating in illegal activities to include the movement of proceeds from criminal activity, and the illegal possession or movement of weapons. The government anticipates the investigation will continue for several months from today's date.

Title 18 U.S.C. Section 3103a(c) provides that the Court, upon a showing of updated need for continued delay, may grant an extension of original period of delay for up to 90 days.

The Government has requested the Court to enter an order permitting an extension of the delay in notification for an additional 90 days.

Being now sufficiently advised in the premises, the Court finds and concludes that the reasons, argument and information contained in the government's motion for an extension of time, together with the contents of the Court's file in this matter, establish good cause for an extension of the period of delay in notification. The Court finds that premature disclosure of the execution of the Search Warrant may endanger the safety of a confidential informant, lead to destruction of or tampering with evidence, result in intimidation of potential witnesses, or otherwise seriously jeopardize the underlying investigation.

The Court therefor orders that delay of notification may be continued for an additional 90 days. However, if sooner than the end of the 90 day extension the said Corey RILEY is arrested by the federal officers on a federal criminal complaint or on a federal criminal indictment based in whole or in part on evidence acquired pursuant the Search Warrant on July 14, 2011, this order will terminate by effect of its own terms at the time of said Corey RILEY's first judicial appearance pursuant to such charges, and notice of the execution of the Search Warrant shall be provided to said Corey RILEY at such first appearance.

It is so ordered.

Signed and entered this ___ day of November, 2011, at Denver, Colorado.

BY THE COURT:

_____
KRISTEN L. MIX, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

3